ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Defendant and Counter-Claimant,
jWIN ELECTRONICS CORP. dba iLuv Creative Technology
(erroneously sued as jWIN Electronics Corporation d/b/a/ ILUV)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| INCASE DESIGNS, INC.<br><br>Plaintiff,<br><br>v.<br><br>jWIN ELECTRONICS CORP. d/b/a/ iLuv Creative Technology (erroneously sued as jWIN Electronics Corporation d/b/a/ ILUV),<br><br>Defendant. | CASE NO.: 3:13-CV-00610-RS<br><br>**DEFENDANT jWIN ELECTRONICS CORP.'S <u>AMENDED</u> ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF INCASE DESIGNS, INC.'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| jWIN ELECTRONICS CORP. d/b/a/ iLuv Creative Technology<br><br>Counter-Claimant,<br><br>v.<br><br>INCASE DESIGNS, INC.<br><br>Counter-Defendant. | <u>**DEMAND FOR JURY TRIAL**</u><br><br>**Assigned to the<br>Honorable Judge Richard Seeborg<br>Courtroom 3 - 17th Floor** |

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT* -1- Case No. 3:13-CV-00610-RS

Defendant and Counter-Claimant jWIN Electronics Corp. (erroneously sued as jWIN Electronics Corporation d/b/a/ ILUV) (hereinafter "jWIN") by and through its undersigned counsel hereby sets forth its Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint ("FAC") of Plaintiff and Counter-Defendant Incase Designs, Inc. (hereinafter "Incase").

## ANSWER

jWIN denies each and every averment set forth in the FAC except for those averments expressly and specifically admitted below. jWIN also specifically denies each and every averment of patent infringement set forth in the FAC. With respect to each of the numbered paragraphs of the FAC, jWIN responds as follows:

## NATURE OF ACTION

1. jWIN admits that Plaintiff's allegations of patent infringement purport to arise under Title 35 of the United States Code, but denies that such allegations are meritorious. jWIN denies that Plaintiff is entitled to a preliminary and permanent injunction and monetary damages for the infringement of U.S. Patent Nos. 8,312,991 B2 and No. 8,328,008.

## JURISDICTION AND VENUE

2. Admitted.

3. jWIN admits that Incase purports to bring its claims in the FAC under the Patent Laws of the United States 35 U.S.C. *et seq*. jWIN further admits that this Court has jurisdiction over the subject matter of claims made by Incase in its FAC. Except as expressly admitted, jWIN denies each and every remaining allegation made in Paragraph 3 of the FAC.

4. Without admitting that it is necessarily proper or convenient, for the purposes of this action, jWIN does not contest that venue is permissible under 28 U.S.C. §§ 1391 and 1400. Except as expressly admitted, the remainder of the allegations contained in Paragraph 4 of the FAC are denied.

## THE PARTIES

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

5.  jWIN lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the FAC and, on that basis, denies the same.

6.  jWIN admits that it is a New York Corporation located at 2 Harbor Park Drive, Port Washington, New York 11050. Except as expressly admitted, the remainder of the allegations contained in Paragraph 6 of the FAC are denied.

## FIRST CLAIM FOR RELIEF
### (Infringement of the '991 Patent)

7.  jWIN incorporates by reference its answers to Paragraphs 1 through 6 to the FAC as if fully set forth herein.

8.  jWIN denies each and every allegation made in Paragraph 8 of the FAC.

9.  jWIN denies each and every allegation made in Paragraph 9 of the FAC.

10. jWIN denies each and every allegation made in Paragraph 10 of the FAC.

11. jWIN denies each and every allegation made in Paragraph 11 of the FAC.

## SECOND CLAIM FOR RELIEF
### (Infringement of the '008 Patent)

12. jWIN incorporates by reference its answers to Paragraphs 1 through 6 to the FAC as if fully set forth herein.

13. jWIN denies each and every allegation made in Paragraph 13 of the FAC.

14. jWIN denies each and every allegation made in Paragraph 14 of the FAC.

15. jWIN denies each and every allegation made in Paragraph 15 of the FAC.

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT*   -3-   Case No. 3:13-CV-00610-RS

16. jWIN denies each and every allegation made in Paragraph 16 of the FAC.

## RESPONSE TO INCASE'S PRAYER FOR RELIEF

17. jWIN denies that Incase is entitled to any relief whatsoever, including any relief requested in Paragraphs 1 through 8 of the Prayer for Relief portion of the FAC.

## AFFIRMATIVE DEFENSES

jWIN incorporates by reference the foregoing paragraphs in their entirety and asserts the following Defenses. By asserting these defenses, jWIN does not admit that it bears the burden of proof on any issue and does not accept any burden it would not otherwise bear. jWIN reserves the right to amend this Answer with additional defenses as further information becomes available through discovery.

## FIRST AFFIRMATIVE DEFENSE
### (Non-Infringement)

18. jWIN has not infringed and does not infringe, literally or under the doctrine of equivalents, directly or indirectly, any valid and enforceable claim of the '991 and '008 Patents.

## SECOND AFFIRMATIVE DEFENSE
### (Invalidity)

19. Each and every claim of the '991 and '008 Patents is invalid for failing to satisfy the conditions for patentability set forth in Title 35 of the United States Code, including, without limitation, the requirements of 35 U.S.C. §§ 101, 102, 103 and 112.

## THIRD AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

20. One or more of the claims in Plaintiff's FAC fails to state a claim upon which relief can be granted.

## FOURTH AFFIRMATIVE DEFENSE

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT* -4- Case No. 3:13-CV-00610-RS

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

**(Equitable Defenses)**

21. Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of waiver, laches, estoppel, unclean hands, or other applicable equitable doctrines.

**FIFTH AFFIRMATIVE DEFENSE**

**(Limitations on Damages)**

22. Plaintiff's claims for relief and prayer for damages are barred under 35 U.S.C. § 286, 287, 288, and/or by laches.

**SIXTH AFFIRMATIVE DEFENSE**

**(Prosecution History Estoppel)**

23. Plaintiff is barred from recovery in whole or in part by the doctrine of prosecution history estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

**(License, Patent Exhaustion)**

24. Plaintiff's claim for patent infringement are precluded in whole or in part (i) to the extent that any allegedly infringing jWIN products or components thereof are imported, sold by, offered for sale by, made by, or made for, any entity having an express or implied license to '991 and '008 Patents; and/or (ii) under the doctrine of patent exhaustion.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Intervening Rights)**

25. Plaintiff's claims for relief and prayer for damages are barred in whole or in part by the doctrines of absolute and/or equitable intervening rights.

**NINTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

26. On information and belief, and thereupon so alleged, Incase lacks standing to assert infringement of '991 and/or '008 patents because it was not the legal or equitable owner of said patents and/or it did not have all substantial rights

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT* -5- Case No. 3:13-CV-00610-RS

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

in the '991 and/or '008 at the time the suit was filed.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Marking)

27. jWIN is informed and believes, and based thereon alleges that Incase's purported claims for relief concerning the '991 and '008 patents are limited by the failure to comply with the marking and notice requirements of 35 U.S.C. § 287.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Patent Misuse)

28. jWIN is informed and believes, and based thereon alleges, that Incase's claims are barred in whole or in part by the doctrine of patent misuse.

## jWIN's COUNTERCLAIMS

By way of counterclaims, Defendant and Counter-Claimant jWIN Electronics Corp. ("jWIN") complains and alleges against Plaintiff and Counter-Defendant Incase Designs Inc. ("Incase " or "Plaintiff") as follows:

## NATURE OF ACTION

1. This is a Declaratory Judgment action for a declaration of noninfringement, invalidity, and unenforceability of U.S. Patent No. 8,312,991 ("the '991 Patent") and U.S. Patent No. 8,328,008 ("the '008 Patent").

2. jWIN is a New York corporation with its principal place of business at 2 Harbor Park Drive, Port Washington, New York 11050.

3. Based on information and belief, Incase Designs Corporation is a California corporation with its headquarters and principal place of business at 14351 Pipeline Avenue, Chino, California 91710.

4. On February 25, 2013, Incase filed its First Amended Complaint alleging that jWIN infringes the '991 and '008 Patents.

5. jWIN denies infringement, and disputes the validity and enforceability of one or more claims of the '991 and '008 Patents.

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT* -6- Case No. 3:13-CV-00610-RS

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

6. Thus, there is an actual and justiciable controversy between jWIN and Incase concerning the infringement, validity and enforceability of the '991 and '008 Patents.

7. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338 as an action arising under the Patent Laws, Title 35 of the United States Code, and also under 28 U.S.C. §§ 2201 and 2202 as a declaratory judgment action.

8. This Court has personal jurisdiction over Incase, and venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b), because Incase is headquartered in this district, conducts business in this district, and has availed itself of this Court's jurisdiction by having sued jWIN in this Court.

## COUNTERCLAIM I

### (Declaration of Non-Infringement '991 Patent)

9. jWIN hereby realleges and incorporates by reference paragraphs 1 through 8 of its Counterclaims as though fully set forth herein.

10. The '991 Patent was issued by the United States Patent and Trademark Office. Incase claims to own all rights in and to this patent.

11. Incase has asserted that jWIN infringes the '991 Patent. Thus, an actual, justiciable controversy exists between Incase and jWIN concerning the infringement of this patent.

12. jWIN is not now infringing and has not infringed, literally or under the doctrine of equivalents, directly or indirectly, any valid claim of the '991 Patent.

13. Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§ 2201 et seq., jWIN is entitled to a declaratory judgment that it does not infringe and has not infringed the '991 Patent.

## COUNTERCLAIM II

### (Declaration of Invalidity of the '991 Patent)

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT* -7- Case No. 3:13-CV-00610-RS

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

14. jWIN hereby realleges and incorporates by reference paragraphs 1 through 13 of the Counterclaims as though fully set forth herein.

15. Incase has asserted that jWIN infringes the '991 Patent. Thus, an actual, justiciable controversy exists between Incase and jWIN concerning the validity of this patent.

16. One or more claims of the '991 Patent that is allegedly infringed by jWIN are invalid for failure to comply with one or more of the conditions of patentability set forth in Title 35 of the United States Code including, for example, Sections 101, 102, 103 and/or 112.

17. Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§ 2201 et seq., jWIN is entitled to a declaratory judgment that one or more claims of the '991 patent are invalid.

## COUNTERCLAIM III

### (Declaration of Non-Infringement '008 Patent)

18. jWIN hereby realleges and incorporates by reference paragraphs 1 through 8 of its Counterclaims as though fully set forth herein.

19. The '008 Patent was issued by the United States Patent and Trademark Office. Incase claims to own all rights in and to this patent.

20. Incase has asserted that jWIN infringes the '008 Patent. Thus, an actual, justiciable controversy exists between Incase and jWIN concerning the infringement of this patent.

21. jWIN is not now infringing and has not infringed, literally or under the doctrine of equivalents, and directly or indirectly, any valid claim of the '008 Patent.

22. Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§ 2201 et seq., jWIN is entitled to a declaratory judgment that it does not infringe and has not infringed the '008 Patent.

## COUNTERCLAIM IV

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

**(Declaration of Invalidity of the '008 Patent)**

23. jWIN hereby realleges and incorporates by reference paragraphs 1 through 13 of the Counterclaims as though fully set forth herein.

24. Incase has asserted that jWIN infringes the '008 Patent. Thus, an actual, justiciable controversy exists between Incase and jWIN concerning the validity of this patent.

25. One or more claims of the '008 Patent that is allegedly infringed by jWIN are invalid for failure to comply with one or more of the conditions of patentability set forth in Title 35 of the United States Code including, for example, Sections 101, 102, 103 and/or 112.

26. Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§ 2201 et seq., jWIN is entitled to a declaratory judgment that one or more claims of the '008 patent are invalid.

## EXCEPTIONAL CASE

27. This is an exceptional case entitling jWIN to an award of attorneys' fees incurred in connection with this action pursuant to 35 U.S.C. § 285.

## DEMAND FOR JURY TRIAL

28. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant and Counter-claimant jWIN demands a trial to jury of this action.

## PRAYER FOR RELIEF

WHEREFORE, jWIN respectfully requests a judgment against Incase as follows:

A. That Incase takes nothing by its First Amended Complaint in this action;

B. Incase's First Amended Complaint in this action be dismissed in its entirety with prejudice;

C. That the Court enter a declaratory judgment that jWIN does not infringe and has never infringed U.S. Patent Nos. 8,321,991 and 8,328,008;

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

D. That the Court enter a declaratory judgment that the asserted claims of U.S. Patent Nos. 8,321,991 and 8,328,008 are invalid and void;

E. That the Court declare this an exceptional case and award jWIN its costs, expenses, and reasonable attorneys' fees pursuant to 35 U.S.C. § 285 and all other applicable statutes, rules, and common law; and

F. That the Court award jWIN any and all other relief to which it may be entitled, or which the Court deems just and proper.

Respectfully submitted.

**HANDAL & ASSOCIATES**

Dated: April 1, 2013      By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Defendant
And Counter-Claimant
jWIN Electronics Corp.

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT* -10- Case No. 3:13-CV-00610-RS

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 1st day of April, 2013 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: April 1, 2013     By: /s/Pamela C. Chalk
                             Anton N. Handal
                             Pamela C. Chalk
                             Gabriel G. Hedrick
                             Attorneys for Defendant
                             And Counter-Claimant
                             jWIN Electronics Corp.

*JWIN'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT* -11- Case No. 3:13-CV-00610-RS

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323